ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$261,000.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><br>MARIO A. LIZARRAGA,<br><br>      Claimant. | NO. CV 13-2992 MMM (MRWx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

    This action was filed on April 29, 2013. Notice was given and published in accordance with law and the time for filing claims and answers have expired. Claimant Mario A. Lizarraga ("Lizarraga") from whom the defendant currency was seized has

1

filed a claim and answer in this matter.  No other claims or answers were filed.  Plaintiff and Lizarraga have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

    WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

    1.   This Court has jurisdiction over the parties and the subject matter of this action.

    2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $261,000.00 in U.S. currency (hereinafter "defendant currency") other than Lizarraga are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    3.   The United States of America shall have judgment as to $226,000.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

    4.   $35,000.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Lizarraga by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Paul L. Gabbert Client Trust Account," and mailed to his attorney Paul L. Gabbert, Esq. at 2115 Main Street, Santa Monica, California 90405.  If the United States elects to make the payment by wire

transfer, the funds will be wire transferred to the Paul L. Gabbert Client Trust Account.  Lizarraga and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5.   Lizarraga hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Lizarraga, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///
///
///
///
///
///
///
///
///

7. The parties stipulate and request that the Scheduling Conference scheduled for August 26, 2013 be taken off calendar if the Court approves and enters this Consent Judgment.

Dated: August 22, 2013

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: August 12, 2013      ANDRÉ BIROTTE JR.
                            United States Attorney
                            ROBERT E. DUGDALE
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                                  /S/
                            _____
                            KATHARINE SCHONBACHLER
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            United States of America


DATED: August 12, 2013
                                  /S/
                            _____
                            PAUL L. GABBERT

                            Attorney for Claimant
                            MARIO A. LIZARRAGA

4